G. H. WHITEAKER v. C. I. T. CORPORATION, a corporation of West Virginia

4 So. (2nd) 255
Special Division B
Opinion Filed October 14, 1941

*Frank Redd,* for Petitioner;

*Mabry, Reaves, Carlton & White* and *Clyde H. Wilson,* for Respondent.

PER CURIAM.—On consideration of petition for writ of certiorari to review a judgment of the Circuit Court in and for Sarasota County which, on appeal from the County Court of Sarasota County, reversed the judgment of the County Court and remanded the cause, it appears that the judgment sought to be reviewed here is not a final judgment in a law action and, therefore, is not subject to review on certiorari.

Certiorari denied.

So ordered.

BROWN, C. J., BUFORD, CHAPMAN and THOMAS, J. J., concur.